UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>DENARD DARNELL NEAL,<br><br>　　　　　　　　　Defendants<br>_____/ | CASE NO. 1:11-CR-00297 LJO<br><br>**ORDER DENYING REQUEST FOR THE ISSUANCE OF 9 SUBPOENAS PURSUANT TO FRCRP 17(A)(C) (Doc. 23).** |

　　　The Court has received and reviewed the request to issue subpoenas in the above captioned case. Before issuing commands to have people served, requiring them to appear with the full power of the Court behind such a command, Plaintiff is required to:

　　　　　1. File an Ex Parte Request for said subpoenas

　　　　　2. Identify each of the names of those for whom a subpoena is requested

　　　　　3. Provide an offer of proof concerning what testimony or documents are being sought, and what specific relevance the testimony or documents have to the remaining issues in this case.

　　　Once this occurs, the Court can determine whether or not the subpoenas should properly be issued.

　　　The Plaintiff is cautioned to provide this to the Court immediately, since the trial will not be continued because this has not been done in a timely fashion.

IT IS SO ORDERED.

**Dated:    March 9, 2012**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE