# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 11-0297 LJO |
| Plaintiff, | **ORDER ON NOTICE OF INTERLOCUTORY APPEAL** |
| vs. | (Doc. 39.) |
| DENARD DARNELL NEAL, | |
| Defendant. | |
| _____ / | |

Pro se defendant Denard Dnarnell Neal ("defendant") filed on April 27, 2012 a Notice of Interlocutory Appeal Taken which purports to appeal to the Ninth Circuit Court of Appeals a "final judgment entered in this action on April 23, 2012." No such judgment was entered. The record lacks a judgment from which to appeal. As such, this Court:

1. DIRECTS the clerk not to process an appeal to the Ninth Circuit Court of Appeals; and
2. RECONFIRMS the May 22, 2012 trial.

IT IS SO ORDERED.

Dated:  May 1, 2012                        /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

1